## Findley *et al. v.* Hardy.

APPEAL from Tuscaloosa Circuit Court.
Tried before the Hon. S. H. SPROTT.

H. B. FOSTER and FOSTER & OLIVER, for appellant.

DANIEL COLLIER and MARVIN ORMOND, for appellees.

This was a statutory action of ejectment, brought by the appellants against the appellees, to recover certain lands specifically described in the complaint. There were verdict and judgment in favor of the defendant. The plaintiff appeals.

The judgment of the lower court is reversed and the cause remanded on the authority of *Findley v. Hill,* 133 Ala. 229.

Opinion by HARALSON, J.